No. 399. BOSTON FRUIT COMPANY, PETITIONER, *v.* A. G. HALL ET AL. October 20, 1902. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the First Circuit denied. *Mr. J. L. Thorndike* and *Mr. Charles Theodore Russell* for the petitioner. *Mr. J. Parker Kirlin* for the respondents.

No. 408. PACIFIC COAST COMPANY, PETITIONER, *v.* W. H. REYNOLDS ET AL. October 20, 1902. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit denied. *Mr. George W. Towle, Jr.,* and *Mr. Thomas B. Reed* for the petitioner. No appearance for the respondents.

No. 439. GUARANTEE COMPANY OF NORTH AMERICA, PETITIONER, *v.* PHENIX INSURANCE COMPANY OF BROOKLYN, N. Y. October 20, 1902. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Eighth Circuit denied. *Mr. Warren Switzler* for the petitioner. *Mr. H. C. Brome* for the respondent.

No. 442. SWAIN P. CHICK ET AL., PETITIONERS, *v.* ALLEN C. FULLER ET AL. October 20, 1902. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. William J. Manning* and *Mr. James H. Barnard* for the petitioners. *Mr. Charles H. Aldrich* and *Mr. Frank F. Reed* for the respondents.

No. 453. CHICAGO AND ERIE RAILROAD COMPANY, PETITIONER, *v.* WILLIAM N. SHAW. October 20, 1902. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Seventh Circuit denied. *Mr. W. H. H. Miller* and *Mr. W. O. Johnson* for the petitioner. *Mr. James C. McShane* for the respondent.